Coy BAILEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 503, 2016

Supreme Court of Delaware.

Submitted: April 5, 2017
Decided: April 12, 2017

Court Below—Superior Court of the State of Delaware, ID. No. 85000061DI

AFFIRMED.